

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

GROVER SELLERS
ATTORNEY GENERAL

Honorable George L. Murphy
County Auditor
Johnson County
Cleburne, Texas

Dear Mr. Murphy:     Opinion No. 0-7231

          Re:  Whether or not under the
               provisions of Article 2940
               of the Revised Civil Stat-
               utes a County Auditor is
               disqualified for acting in
               the position of County Demo-
               cratic Chairman.

          Your request for an opinion upon the above subject
matter is as follows:

          "At the last General Primary Election, I
     was elected County Chairman of the Democratic
     Executive Committee of Johnson County, Texas.
     Since that time I have been appointed County
     Auditor.  The position of Chairman carries no
     salary, but that of County Auditor does.

          "Under the provisions of Article 2940,
     am I disqualified for acting in the position
     of County Chairman?"

          Article 2940 of the Revised Civil Statutes is as
follows:

          "No one who holds an office of profit or
     trust under the United States or this State,
     or in any city or town in this State, or with-
     in thirty (30) days after resigning or being
     dismissed from any such office, except a notary
     public, or who is a candidate for office, or
     who has not paid his Poll Tax, shall act as
     judge, clerk or supervisor of any election;
     nor shall any one act as chairman or as mem-
     ber of any District, County or City Executive

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT

Committee of a political party who has not paid
his Poll Tax, or who is a candidate for office,
or who holds any office of profit or trust un-
der either the United States or this State, or
in any city or town in this State; or who may be
enjoying gratuitous passage on street cars or on
other public service corporations, by reason of
his appointment as a special policeman; or any
one who has any connection, whatever, with the
city, whereby the city is justified in issuing
to any such person free transportation on the
street cars, or franks entitling him to the
free use of public service corporations, or
any person who is regularly employed in any
capacity by the city for whose services a sal-
ary or wages is paid, except a notary public."

We think the language of Article 2940, "nor shall
any one act as chairman or as member of any District, County
or City Executive Committee of a political party who * * *
holds any office of profit or trust under either the United
States or this State," compels an answer to your question in
the affirmative.

It may be that under judicial decisions your accept-
ance of the office of County Auditor ipso facto vacated your
office of Chairman of the Democratic Executive Committee, but
whether so or not, you should make certain the matter by resign-
ing as such Chairman.

Very truly yours

ATTORNEY GENERAL OF TEXAS

By

Ocie Speer
Assistant

APPROVED MAY 23 1945

FIRST ASSISTANT
ATTORNEY GENERAL
OS-MH

APPROVED
OPINION
COMMITTEE
BY BWB
CHAIRMAN